UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>CHARLES IKECHUKWU ENEJE,<br><br>                                      Defendant. | Case No.:  18-cr-3981-AJB<br><br>**ORDER DIRECTING DEFENDANT TO FILE COPIES OF CITED AUTHORITIES ALONG WITH A DECLARATION ATTESTING TO THEIR SOURCE** |

On July 1, 2025, Charles Ikechukwu Eneje ("Defendant") filed a motion to convert restitution order to civil judgment. (Doc. No. 116). In support, Defendant relies on two cases purportedly originating from this District. Specifically, Defendant states:

> Numerous cases within the Southern District of California have upheld the conversion of restitution orders to civil judgments, reinforcing the victims' rights under 18 U.S.C. § 3664: *United States v. Kahlon*, 2018 WL 4604611 (S.D. Cal 2018). *United States v. Reape*, 2019 WL 2071370 (S.D. Cal. 2019), where the court indicated the necessity of enforcing victim restitution through civil means when payment is not forthcoming.

(*Id.* at 2–3 (fragment sentence in original).) Because the Court is unable to locate either *Kahlon* or *Reape* on Westlaw's official reporters or the Southern District of California's court records, Defendant is directed to provide copies of these cases.

Accordingly, the Court **ORDERS** Defendant to file copies of his cited authorities: "*United States v. Kahlon*, 2018 WL 4604611 (S.D. Cal. 2018)" and "*United States v. Reape*, 2019 WL 2071370 (S.D. Cal. 2019)," along with a declaration attesting to their source (e.g. website, reporter, court docket), no later than August 11, 2025.

Additionally, the Court sets a hearing date for Defendant's motion on August 18, 2025 at 2:00 P.M. in Courtroom 4A of the Edward J. Schwartz United States Courthouse.

**IT IS SO ORDERED**.

Dated:  August 4, 2025

Hon. Anthony J. Battaglia
United States District Judge

18-cr-3981-AJB