

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>CHARLES IKECHUKWU ENEJE,<br><br>         Defendant. | Case No.: 18-cr-3981-AJB<br><br>**ORDER REJECTING NOTICE OF WITHDRAWAL**<br><br>**(Doc. No. 122)** |

On August 4, 2025, the Court ordered Charles Ikechukwu Eneje ("Defendant") to file copies of authorities cited in his motion to convert restitution order to civil judgment, along with a declaration attesting to their source by no later than August 11, 2025. (Doc. No. 121.) Instead, Defendant filed a notice of withdrawal. (Doc. No. 122.) The notice states that "Defendant through counsel identified that the motion included incorrect citations of the cases in support of the motion," so "to ensure the integrity of the proceedings, it is in the interest of justice Defendant withdraws the motion at this time." (*Id.* at 2.)

The Court is unwilling to accept the withdrawal. The Court has raised serious questions regarding the authenticity of the case law submitted to the Court and the candor of counsel regarding authority supporting the motion. Accordingly, the Court will proceed

with the hearing set for **August 18, 2025**, at **2:00 P.M.** in Courtroom 4A of the Edward J. Schwartz United States Courthouse. Counsel and Defendant must appear in person as scheduled or face a citation for contempt.

      **IT IS SO ORDERED.**

Dated:  August 12, 2025

Hon. Anthony J. Battaglia
United States District Judge